Certificate Number: 03621-PAM-DE-030335480

Bankruptcy Case Number: 17-04658


03621-PAM-DE-030335480

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 21, 2017, at 8:29 o'clock AM EST, Aaron C Mongold completed a course on personal financial management given by telephone by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: December 21, 2017      By: /s/Michelove Thelemaque

Name: Michelove Thelemaque

Title: Credit Counselor